UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES NUNEZ,<br><br>        Petitioner,<br>  v.<br><br>JAMES A. YATES, WARDEN,<br><br>        Respondent. | No. CV 09-8946 RGK (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 9, 2010

                                                  R. GARY KLAUSNER<br>                                                  United States District Judge